**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

June 23, 2022

<u>**VIA ECF**</u>

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Zinnamon v. CC Services, Inc.,* Case No. 1:22-cv-01961-KPF

Dear Judge Failla:

We represent Defendant CC Services, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from June 24, 2022 to August 8, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

**Sirote** ► **Adepetun Caxton-Martins Agbor & Segun** ► **Davis Brown** ► **East African Law Chambers** ► **Eric Silwamba, Jalasi and Linyama** ► **Durham Jones & Pinegar** ► **LEAD Advogados** ► **Rattagan Macchiavello Arocena** ► **Jiménez de Aréchaga, Viana & Brause** ► **Lee International** ► **Kensington Swan** ► **Bingham Greenebaum** ► **Cohen & Grigsby** ► **Sayarh & Menjra** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Application GRANTED. Defendant shall file its response to the complaint on or before **August 8, 2022.**

The Clerk of Court is directed to terminate the motion at docket entry 11.

Dated: June 24, 2022
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE