## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Warren Zinnamon
on behalf of himself and all others similarly situated,

        Plaintiffs,

        v.                        CASE NO.: 1:22-cv-1961

CC Services, Inc.

        Defendant.

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Warren Zinnamon and the Defendant CC Services, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 20, 2022

| **For Plaintiff Warren Zinnamon** | **For Defendant   CC Services, Inc.** |
|---|---|
| Mark Rozenberg<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | Karla Del Pozo Garcia<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Ph: (212) 768-5328<br>karla.delpozogarcia@dentons.com |

1

## CERTIFICATE OF SERVICE

I certify that on July 20, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
